IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | 5:18CR-4073 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |
| AARON ROCHESTER, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Aaron Rochester, by and through his attorney of record, Stuart J. Dornan, and hereby moves this Court for a continuance of the sentencing hearing currently scheduled for August 30, 2021. In support of said Motion, the Defendant states as follows:

1. Defense Counsel requires more time to compile the necessary materials regarding the sentencing of this complex matter; and Defendant's wife is still engaged in ongoing medical treatment.

2. Assistant United States Attorney Shawn Wehde has no objection to a sixty-day continuance of the sentencing hearing.

3. Defendant requests a sixty-day continuance of the sentencing hearing.

WHEREFORE, the Defendant prays the Court grant a sixty-day continuance of the sentencing hearing; and for such other and further relief as the Court deems just and equitable.

AARON ROCHESTER, Defendant,

By: *s/Stuart J. Dornan*
STUART J. DORNAN, #A0011658
Attorney for Defendant
Dornan, Troia, Howard, Breitkreutz
Conway & Dahlquist, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
stu@dltlawyers.com

## CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2021, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

    Shawn Wehde, Assistant United States Attorney

and I hereby certify that I have provided the document via email to the following non CM/ECF participants:

    Jill R. Freese, United States Probation Officer

                                     *s/Stuart J. Dornan*
                                     STUART J. DORNAN, #A0011658
                                     Attorney for Defendant