IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR18-4073-LTS |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON ROCHESTER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENT TO SENTENCING MEMORANDUM**

**(EXHIBIT LIST FOR SENTENCING)**

The United States of America hereby files its Exhibit List for Sentencing.

II. PHOTOGRAPHS (23)

| | |
|---|---|
| 1A-1F: | Main/Steuben street site |
| 2A-2D: | G Street site |
| 3A-3D: | Feed Mill site |
| 4A-4D: | Akron Farm site |
| 5A-5D: | Scandinavian Building site |
| 6A: | Foundry site |

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: /s/ *Shawn S. Wehde*

SHAWN S. WEHDE
Assistant United States Attorney
600 4th Street, Ste. 670
Sioux City, IA 51101
(712) 255-6011 / (712) 252-2034 (fax)

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, on November 5, 2021.

UNITED STATES ATTORNEY

BY:   s/ Shawn S. Wehde