# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AARON ROCHESTER, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 18-cr-04073-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Allison Linafelter<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 11/08/2021 | Start: | 3:00PM | Adjourn: | 3:53PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | | Time in Chambers: | n/a | | Telephonic? No |
| Appearances: | Plaintiff(s): | AUSA Shawn Wehde | | | | | | |
| | Defendant(s): | CJA Stuart Dornan (defendant present) | | | | | | |
| | U.S. Probation: | PO Jill Freese | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? | Yes | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Objections to PSIR: | | | | Ruling: | |
| | Motions to vary/depart: | Government motion for 3-level reduction | | | Ruling: | Granted |
| | | Defense motion for downward variance (Doc. 79 (sealed)) | | | | Granted |
| | Count(s) dismissed: | | | | | |
| | Sentence (See J & C): | 3 years' probation (on both Count 1 and 2, to run concurrently).<br><br>Restitution of $4,055,978.64 to be allocated among victims as described in PSIR p.86, minus $2,000 defendant paid in restitution before this hearing. Due and payable immediately to the clerk of court. | | | | |
| | Fine: | | | | Special assessment: | $200 paid |
| | Supervised Release: | 3 years' supervised release; special conditions imposed, including additional special condition of 100 hours' community service. Mandatory drug testing condition suspended. | | | | |
| | Court's recommendations (if any): | | | | | |
| | Defendant is | | Detained | X Released | and shall report | |
| | **Witness/Exhibit List is** | Government exhibits 1A-1F, 2A-2D, 3A-3D, 4A-4D, 5A-5D, 6A (Doc. 81), received<br><br>Defense exhibits A-Y (Doc. 79-3 (sealed)), received<br><br>Government witness Adrienne Ciolli (direct 3:05-3:17pm) (cross 3:17-3:18pm) | | | | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7. | | | | | | |
| | **Miscellaneous:** | | | | | |

Page **1** of **1**